

# New Milford Public School District - NJ

## ABOUT THE NEW MILFORD PUBLIC SCHOOLS

New Milford Schools are resolute in their attention to the development of the whole child. District programs prepare students to think critically, master the challenges of life-long academic, cultural, social, economic, emotional and professional advancement, as well as constructive participation as citizens of the world.

Our Mission: *"The New Milford Public School District provides relevant, innovative and rigorous educational opportunities to students at all grade levels. The District is resolute in its attention to the development of the whole child by providing a comprehensive range of experiences essential to building capacity for independent and responsible living. Aligned with Frameworks for 21st Century Learning, the program is designed to prepare all students to meet or exceed state and national educational standards. Students will be prepared to think critically, master the challenges of life-long academic, cultural, social, economic, emotional and professional advancement, as well as participate constructively as citizens in an interdependent global society. The District embraces family, faculty, and community as active partners in a unified effort to develop students into self-directed, self-confident adults on their journeys to becoming the next generations of entrepreneurs, builders, artists, designers, inventors, scientists, educators, caregivers, protectors, workers and leaders."*

The New Milford Public School district educates approximately 2,000 students in grades PreK-12. Elementary students in Pre K-5 attend one of two neighborhood schools, Berkley Street School and Bertrand F. Gibbs School.  Our early adolescents, grades 6-8, attend David E. Owens Middle School. Our high school students, grades 9-12,  attend New Milford High School.

Our faculty and support staff strive to provide high levels of personalized and tiered supports for our students. Average K-12 class sizes range from 15-23 students. The District offers a one-to-one technology program for all students. The classrooms are well-equipped with the necessary educational technology to advance our dynamic programming. Seventy percent of faculty members possess advanced degrees, and all faculty members fulfill the Highly Qualified Teacher standards established by the federal No Child Left Behind legislation. Over 90% of New Milford High School graduates go on to attend institutions of higher learning, with many attending the nation's most prestigious colleges and universities.

The district provides a comprehensive K-12 curriculum, providing challenging and rigorous courses of study in language arts, mathematics, science, social studies, world languages (Spanish, French, and Chinese), music, visual and performing arts (including art, dance and theater), business, family and consumer science, computer sciences, health, and physical education. Course offerings change in response to the needs and desires of the students.  Advanced study opportunities are provided to gifted and talented students at every level, and students with disabilities are provided with a full continuum of educational support. New Milford High School provides students with the opportunity to participate in 24 Honors and 18 Advanced Placement Programs, and the highly successful and student-led *Academies @ NMHS* Honors Independent Study program throughout the past 12 years. These academic and career focused academies have drawn upon best practice models for cohort learning environments in STEM (science, technology, engineering, and mathematics), Global Leadership (international business & entrepreneurship, diplomacy, language, travel, social sciences), and Arts & Letters (including digital media, performing arts, drama, music, and dance, interdisciplinary studies in the humanities). Outside of the traditional walls of our schools, students may also avail themselves of independent studies, job shadowing and internships, online coursework, college courses and college credits through Bergen Community College and Ramapo College.

The New Milford School District is also committed to providing its students with rich and comprehensive extracurricular and cocurricular programming. New Milford offers 41 boys and girls athletic teams spanning 21 sports in middle and high school. Competing in the Northwest Jersey Athletic Conference (NJAC), NMHS teams have earned an ample array of conference, county, and state titles. Music students participate in orchestra, band, and chorus beginning in elementary school, and numerous middle and high school music students are chosen annually to participate in the regional and state select performing groups. With attention to both dramatic and comedic productions as well as musical spectaculars, the district and its performers have been recognized by the Papermill Playhouse, the Bergen PAC and the Metro Awards.

The implementation of the high level coursework at the high school requires complimentary programming in PreK-8. Our educational leadership team members work alongside elementary and middle school teachers to oversee the implementation of research-based programs and guide ongoing, targeted professional development. A balanced literacy program includes elements of phonics, reading, writing, and word study. Research-based programs include Project Read and Teachers College Reading and Writing Project model, Everyday Math and The Connected Math Project (CMP3). Our students examine primary source documents as part of the DBQ Project, and they explore project-based inquiry science via the PBIS program.

New Milford Schools are very proud of the special education programming opportunities we offer to our students, so that they may be educated alongside their peers. The Inner Bridge Crossing (IBC) program, designed to serve children with social, relational and communicative disabilities, including Asperger's Syndrome, high-functioning autism, and nonverbal learning disabilities, was developed in 2009 in the PreK and has since grown to meet the needs of students K-12. Additionally, our WINGS program, in its custom off-campus location, is a career focused program to serve our identified clients ages 18-21 after graduation from NMHS.

District workshops, team and grade-level meetings, and participation in professional learning communities allow faculty to work collaboratively, exchange knowledge and skills and share best practices. These collective efforts translate to a unique set of learning opportunities, specific to our school community.

Extraordinary and consistent student achievement, rigorous educational standards and comprehensive curricular programming, and social and emotional learning, accomplished through dedicated fiscal responsibility and unwavering community support are the components that contribute to the success of the New Milford School District.



## NEW MILFORD PUBLIC SCHOOL DISTRICT - NJ

145 Madison Avenue
New Milford, NJ 07646

CONTACT US

## OUR SCHOOLS

- › New Milford School District

---

- › New Milford High School

---

- › David E. Owens Middle School

---

- › Berkley St Elementary School

---

- › B.F. Gibbs Elementary School

## PHONE NUMBERS

- › 201.261.2952

---

- › 201.262.0172

---

- › 201.265.8661

---

- › 201.262.0191

---

- › 201.261.0939

---

**Blackboard**

Questions or Feedback?    Web Community Manager Privacy Policy (Updated)

Copyright © 2024 Finalsite - all rights reserved.

Acceptable Use Policy
All content copyright © 2015 New Milford School District