**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT STREET, ROOM 2060<br>NEWARK, NJ 07101 |

July 14, 2025

**LETTER ORDER**

Re:   **Y.Y. v. Mayer-Regalbuto, et al.**
      **Civil Action No. 24-8401 (CCC)**

Dear Counsel:

The Court is in receipt of a letter from Plaintiff Y.Y. ("Plaintiff") requesting the Court's "leave to file a motion . . . to proceed with his initials and for a standing order of confidentiality." Dkt. No. 48.[1] By no later than **July 18, 2025**, Defendants shall file a response to Plaintiff's letter to the Court, explaining their position(s), if any, on the relief requested by Plaintiff therein [*see* Dkt. No. 48].

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**

---

[1] The Court notes that the parties' deadline for submission of a proposed discovery confidentiality order in this matter expired on June 23, 2025. Dkt. No. 47 at ¶ 28. No party sought an extension of that deadline.