

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 112
TRENTON, NJ 08625-0112

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL C. WALTERS
*Acting Director*

October 2, 2025

<u>**Via CM/ECF**</u>
Hon. Claire C. Cecchi, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      **Re:** *Y.Y. v. Mayer- Regalbuto, et al.*
           **Docket No. 2:24-cv-08401**

           **Request for Extension of Time to Respond to Plaintiff's Cross-Motion (ECF No. 64), Pursuant to L. Civ. R. 7.1(h)**

           <u>**Return Date: October 20, 2025**</u>

Dear Judge Cecchi:

      This office represents Defendants, New Jersey Department of Children and Families, Division of Child Protection & Permanency employees Veronica Zeron, Susan Lennon, and Kimberly Argondizza (Roberts) (the "DCPP Defendants"), in the above-referenced matter.

      On February 21, 2025, the DCPP Defendants filed a motion to dismiss Plaintiff's Complaint (ECF No. 35). On February 28, 2025, Plaintiff filed a motion to bifurcate his opposition to the DCPP Defendants' motion to dismiss (ECF No. 37); the DCPP Defendants opposed the bifurcation motion on March 24, 2025 (ECF No. 38); and Plaintiff filed his reply thereto on March 27, 2025 (ECF No. 39).

      On September 4, 2025, Your Honor issued a text order (ECF No. 63) denying Plaintiff's motion to bifurcate and requiring him to file an opposition to the DCPP Defendants' motion to dismiss within fourteen days. Said order further required the DCPP Defendants to file their reply brief within fourteen days of Plaintiff's opposition.

      On September 18, 2025, Plaintiff filed a cross-motion opposing the DCPP Defendants' motion to dismiss and seeking a declaratory judgment that qualified immunity is unconstitutional (ECF No. 64). Plaintiff's cross-motion is presently returnable October 20, 2025.




The Honorable Claire C. Cecchi, U.S.D.J.
October 2, 2025
Page 2

      Under L. Civ. R. 7.1(h), "[u]pon the request of the moving party, the Court may enlarge the time for filing a brief and/or papers in opposition to the cross-motion and adjourn the original motion day." Further, "[t]he original moving party shall file a single combined reply brief in support of its motion and opposition to the cross[-]motion, which shall not exceed 40 pages[.]" *Ibid.*

      Thus, in light of Plaintiff's cross-motion and in accordance with L. Civ. R. 7.1(h), the DCPP Defendants hereby request a one-cycle adjournment of the return date, until November 3, 2025. Additionally, due to counsel's previously scheduled out-of-office days, the DCPP Defendants further request that they be permitted to file their opposition papers by October 24, 2025. The DCPP Defendants do not anticipate any prejudice to Plaintiff as a result of this deadline, as cross-movants may not file a reply brief without leave of court, *see* L.Civ. R. 7.1(h).

      The undersigned has reached out to Plaintiff's counsel for his consent; however, at this time, no response has been received.

      The DCPP Defendants thank the Court for its consideration of this request and attention to this matter.

      Respectfully submitted,

      MATTHEW J. PLATKIN
      ATTORNEY GENERAL OF NEW JERSEY

      By:   */s/ Catriona Coffey*
           Catriona Coffey
           Deputy Attorney General

cc:   (via CM/ECF)
      Lawrence Katz, Esq.
      Vittorio S. Lapira, Esq.