**Joseph M. Naeem, Esq.**
**Attorney ID # 437972024**
**Fogarty, Hara, LaPira & Cherry, LLC**
21-00 Route 208 South
Fair Lawn, New Jersey 07410
(201) 791-3340
jnaeem@fhlclaw.com
Attorneys for Defendants,
Kelly Mayer-Regalbuto, Patricia Aufiero,
 Nicole Elmera and New Milford Board of Education

| | |
|---|---|
| **Y.Y.,** | United States District Court |
| | For the District of New Jersey |
| Plaintiff, | |
| vs. | Civil Action No.: 2:24-cv-08401 |
| **Kelly Mayer-Regalbuto, Patricia Aufiero, Nicole Elmera, New Milford Board of Education, Kimberly Roberts, Veronica Zeron and Susan Lennon,** | Filed Electronically |
| | **Notice of Appearance** |
| Defendants. | |

The undersigned is admitted to practice in this Court and hereby enters an appearance as attorney(s) for the Defendants, Kelly Mayer-Regalbuto, Patricia Aufiero, Nicole Elmera and New Milford Board of Education.

> **Fogarty, Hara,**
> **LaPira & Cherry, LLC**
> Attorneys for Defendants,
> Kelly Mayer-Regalbuto, Patricia Aufiero, Nicole Elmera and New Milford Board of Education
>
> BY:   s/Joseph M. Naeem
>           Joseph M. Naeem

Dated:    June 19, 2026