

*State of New Jersey*

MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
*Director*

June 29, 2026

<u>Via CM/ECF</u>
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

> **Re:**  ***Y.Y. v. Mayer-Regalbuto, et al.*,**
> **Docket No. 2:24-cv-08401-CCC-JBC**
>
> **Request for Clarification of Procedural Issues**

Dear Judge Cecchi:

This office represents Defendants, New Jersey Department of Children and Families, Division of Child Protection & Permanency employees Veronica Zeron, Susan Lennon, and Kimberly Argondizza (Roberts) (collectively, the "DCPP Defendants"), in the above-referenced matter. The DCPP Defendants write (i) to join in the School Defendants'[1] motion to dismiss Plaintiff's amended pleading pursuant to Fed. R. Civ. P. 41(b), and (ii) to respectfully request that the Court resolve the presently-pending procedural issues in this litigation—*i.e.*, Plaintiff's objection to Magistrate Judge Clark's March 26, 2026 Opinion and Order, and whether the amended pleading is procedurally permitted—before the DCPP Defendants address its substance through a separate motion.

By way of background, Plaintiff filed his Complaint in this matter on August 12, 2024. (ECF No. 1.) Thereafter, the Defendants filed motions to dismiss the Complaint. (*See* ECF Nos. 23, 35.) Briefing on the DCPP Defendants' motion was delayed after Plaintiff filed a motion to bifurcate his opposition thereto, which this Court ultimately denied on September 4, 2025. (*See* ECF Nos. 37–39, 63). After a subsequent cross-motion from Plaintiff seeking to declare qualified immunity unconstitutional, the parties finished briefing the DCPP Defendants' motion to dismiss on November 19, 2025. (*See* ECF Nos. 64, 69, 71–73.)

---

[1] The "School Defendants" include: New Milford Board of Education, Patricia Aufiero, Nicole Elmera, and Kelly Mayer-Regalbuto.



Hon. Claire C. Cecchi, U.S.D.J.
June 29, 2026
Page 2

Simultaneously, in July and August 2025, Plaintiff sought leave to and did file a motion to proceed under a pseudonym (his initials), and for a standing order of confidentiality (hereinafter, the "Pseudonym Motion"). (*See* ECF Nos. 48, 56.) On March 26, 2026, the Court issued an Opinion and Order, signed by Magistrate Judge James B. Clark, denying Plaintiff's Pseudonym Motion and requiring Plaintiff to file an Amended Complaint disclosing his identity by April 9, 2026. (*See* ECF Nos. 77, 78.)

On April 23, 2026, Plaintiff filed an objection to Magistrate Judge Clark's rulings (ECF No. 81). Shortly thereafter, on April 28, 2026, the Court issued an Opinion and Order granting the DCPP Defendant's motion to dismiss in its entirety, and denying as moot Plaintiff's cross-motion for a declaratory judgment. (*See* ECF No. 82.)[2] The Court's Opinion and Order provided Plaintiff 30 days "to submit an amended complaint that addresse[d] the deficiencies identified" therein. (*Id.* at 22.) On May 7, 2026, the School Defendants filed their opposition (ECF No. 83) to Plaintiff's objection to Magistrate Judge Clark's rulings. The DCPP Defendants did not file a response to Plaintiff's objection, as there were no claims remaining against them at that time.

Plaintiff filed a reply in support of his objection on May 26, 2026. (ECF No. 87.) Two days later, on May 28, 2026, Plaintiff filed a vastly-expanded, 29-count amended complaint. (ECF No. 88.) Plaintiff's amended pleading adds an additional 21 claims against the Defendants yet fails to comply with the Court's prior Order to disclose his identity. (*See generally*, *id.*) To date, the Court's decision on Plaintiff's objection to Magistrate Judge Clark's rulings remains pending.

On June 17, 2026, the School Defendants filed a motion to dismiss (ECF No. 89) the amended pleading (ECF No. 88), pursuant to Fed. R. Civ. P. 41(b). The DCPP Defendants hereby join in the School Defendants' motion to dismiss because (1) Plaintiff has failed to comply with the Court's March 26, 2026 Opinion and Order requiring that Plaintiff disclose his identity (ECF Nos. 77, 78), and (2) the amended pleading far exceeds the scope of leave to amend provided by the Court's April 28, 2026 Opinion and Order (ECF No. 82).

In light of the current status of the case, the DCPP Defendants respectfully request that the Court issue its rulings regarding both Plaintiff's objection to Magistrate Judge Clark's rulings and the procedural validity of the amended pleading (ECF No. 88), before the DCPP Defendants submit a response regarding the substance of that filing. Should the Court decline to dismiss the amended pleading on these procedural grounds, the DCPP Defendants reserve their right to seek relief under the applicable Rules of this Court, including but not limited to Fed. R. Civ. P. 12(b)(1), (b)(2), (b)(6) and/or (f).

The DCPP Defendants thank the Court for its consideration of this request and attention to this matter.

---

[2] By way of said Opinion and Order, the Court also granted in part, and denied in part, the School Defendants' motion to dismiss.

Hon. Claire C. Cecchi, U.S.D.J.
June 29, 2026
Page 3

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
*Attorney for the DCPP Defendants*

By:    */s/Catriona Coffey*
        Catriona Coffey
        Deputy Attorney General


cc:    (via CM/ECF)
        Lawrence Katz, Esq.
        Vittorio S. LaPira, Esq.
        Joseph M. Naeem, Esq.